granted. *Messrs. John M. Lee, Marcellus Green, Garner Wynn Green,* and *Chalmers Potter* for petitioners. *Messrs. T. Catesby Jones, Palmer Pillans,* and *Oscar Houston* for respondent.

No. 364. ALBERTO *v.* NICOLAS. October 29, 1928. Petition for writ of certiorari to the Supreme Court of the Philippine Islands granted. *Messrs. Wm. Cattron Rigby, J. A. Hull,* and *Edward A. Kreger* for petitioner. *Messrs. Henry J. Richardson, Pedro Queraro,* and *Harold R Young* for respondent.

No. 440. UNITED STATES *v.* GALVESTON, HARRISBURG & SAN ANTONIO RY. Co. October 29, 1928. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. Louis R. Mehlinger* for the United States. *Messrs. Wm. R. Harr* and *Charles H. Bates* for respondent.

No. 454. MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE RY. Co. *v.* ROCK. October 29, 1928. Petition for writ of certiorari to the Appellate Court of the State of Illinois, First District and/or Supreme Court of the State of Illinois granted. *Messrs. John E. Palmer* and *Henry S. Mitchell* for petitioner. *Mr. Herbert H. Patterson* for respondent.

No. 479. GRANT, RECEIVER, *v.* A. B. LEACH & Co., INC. October 29, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. James P. Wilson* for petitioner. *Messrs. Wm. L. Day, Conrad H. Poppenhusen, Edward R. Johnson,* and *Henry J. Darby* for respondent.